IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND ) <br> PIPEFITTERS NATIONAL PENSION FUND,) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> W.J. POST, INC., ) <br> ) <br> Defendant. ) | Case No. 1:15-cv-00039-GBL-JFA |

## ORDER

Upon consideration of the April 24, 2015, Report and Recommendation of United States Magistrate Judge John F. Anderson (Doc. 12), who was designated to review Plaintiffs' Motion for Default Judgment and evidence filed by Plaintiffs on the amount of damages and attorneys' fees to award Plaintiffs (Doc. 8), no objection having been filed within fourteen (14) days, and upon an independent review of the record, it is hereby

**ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson; it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 8) is **GRANTED**; it is further

**ORDERED** that the Clerk enter judgment in favor of Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant W.J. Post, Inc., in the total amount of $5,044.12, which consists of $2,608.83 for contributions for the months of July 2014 through November 2014, $260.88 for liquidated damages for the months of July 2014 through November 2014, interest in the amount of $145.62 assessed at the rate of 12% per annum from the date due through April 17, 2015, and continuing through date of payment at 12% per annum, costs in the

amount of $611.29, and attorneys' fees in the amount of $1,417.50 payable to the National Pension Fund; and it is further

      **ORDERED** that the Clerk close this action and remove the case from the Court's docket.

      **IT IS SO ORDERED.**

      ENTERED this ___14th___ day of May, 2015.

Alexandria, Virginia
5/14/2015

                                            /s/
                                 James C. Cacheris
                                 United States District Judge